FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

SANDRA FORTIER and PAUL OLSON
On behalf of O. O., a minor child,

    Appellants / Plaintiffs

vs.

No. D-101-CV-2016-01019

THE NEW MEXICO HUMAN SERVICES DEPARTMENT and
THE NEW MEXICO DEPARTMENT OF HEALTH;
BRENT EARNEST, Secretary, New Mexico
Human Services Department, in his official capacity;
LYNN GALLAGHER, Acting Cabinet Secretary,
New Mexico Department of Health, in her official capacity;
CATHY STEVENSON, Director, Developmental Disabilities
Supports Division of the New Mexico Department of Health,
in her official capacity;
NANCY SMITH-LESLIE, Director, Medical Assistance Division
of the New Mexico Human Services Department, in her official capacity,

    Appellees / Defendants.

## NOTICE OF COMPLETION OF SERVICE

Petitioners Sandra Fortier and Paul Olson, on behalf of their daughter O. O., by and through counsel Pegasus Legal Services for Children, Matthew Bernstein, respectfully notify the Court that notice of appeal and complaint in this matter for the following Defendants were served on New Mexico Attorney General Hector Balderas by certified mail on April 25, 2016, pursuant to Rule 1-004(H)(1)(b) and (c) NMRA: the New Mexico Human Services Department; the New Mexico Department of Health; Brent Earnest, in his official capacity; Lynn Gallagher, in her official capacity; Cathy Stevenson, in her official capacity; and Nancy

**EXHIBIT D**

Smith-Leslie, in her official capacity. Proof of delivery of said service is attached with this notice.

Respectfully submitted by:

/s/ Matthew Bernstein
Matthew Bernstein
Attorney for Sandra Fortier and Paul Olson
3201 Fourth Street NW
Albuquerque, NM 87107
(505) 244-1101
(505) 244-0060 fax


CERTIFICATE OF SERVICE
I hereby certify that Petitioner provided a copy of the foregoing to counsel of record on May 16, 2016.

/s/ Matthew Bernstein
Matthew Bernstein

**USPS.COM**

# USPS Tracking®


Customer Service
Have questions? We're here to help.


Get Easy Tracking Updates
Sign up for My USPS.

Tracking Number: 9410803699300078945410

Updated Delivery Day: Saturday, April 23, 2016
Signed for By: B VIGIL // SANTA FE, NM 87504 // 7:38 am

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Signature Confirmation™   Up to $50 insurance included
                           Restrictions Apply

## Available Actions

Proof of Delivery

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 25, 2016, 7:38 am | Delivered, Individual Picked Up at Postal Facility | SANTA FE, NM 87504 |
| April 23, 2016, 11:47 am | Available for Pickup | SANTA FE, NM 87501 |
| April 23, 2016, 9:42 am | Out for Delivery | SANTA FE, NM 87504 |
| April 23, 2016, 9:32 am | Sorting Complete | SANTA FE, NM 87504 |
| April 23, 2016, 9:32 am | Arrived at Post Office | SANTA FE, NM 87501 |
| April 23, 2016, 2:36 am | Departed USPS Facility | ALBUQUERQUE, NM 87121 |
| April 22, 2016, 11:54 pm | Arrived at USPS Facility | ALBUQUERQUE, NM 87121 |
| April 22, 2016, 10:39 pm | Accepted at USPS Origin Facility | ALBUQUERQUE, NM 87107 |
| April 21, 2016 | Pre-Shipment Info Sent to USPS | |

## Track Another Package

Tracking (or receipt) number

_____   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›




UNITED STATES
POSTAL SERVICE

Date: April 28, 2016

nicole saunders:

The following is in response to your April 28, 2016 request for delivery information on your Signature Confirmation™ item number 9410803699300078945410. The delivery record shows that this item was delivered on April 25, 2016 at 7:38 am in SANTA FE, NM 87504 to B VIGIL. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

SANDRA FORTIER and PAUL OLSON
On behalf of O. O., a minor child,

    Appellants / Plaintiffs

vs.

No. D-101-CV-2016-01019

THE NEW MEXICO HUMAN SERVICES DEPARTMENT and
THE NEW MEXICO DEPARTMENT OF HEALTH;
BRENT EARNEST, Secretary, New Mexico
Human Services Department, in his official capacity;
LYNN GALLAGHER, Acting Cabinet Secretary,
New Mexico Department of Health, in her official capacity;
CATHY STEVENSON, Director, Developmental Disabilities
Supports Division of the New Mexico Department of Health,
in her official capacity;
NANCY SMITH-LESLIE, Director, Medical Assistance Division
of the New Mexico Human Services Department, in her official capacity,

    Appellees / Defendants.

## NOTICE OF COMPLETION OF SERVICE

Petitioners Sandra Fortier and Paul Olson, on behalf of their daughter O. O., by and through counsel Pegasus Legal Services for Children, Matthew Bernstein, respectfully notify the Court that notice of appeal and complaint were served on Chris Woodward by certified mail on April 28, 2016. Proof of delivery of said service is attached with this notice.

    Respectfully submitted by:

    /s/ Matthew Bernstein
    Matthew Bernstein
    Attorney for Sandra Fortier and Paul Olson
    3201 Fourth Street NW
    Albuquerque, NM 87107
    (505) 244-1101

CERTIFICATE OF SERVICE
I hereby certify that Petitioner provided a copy of the foregoing to counsel of record on May 16, 2016.

/s/ Matthew Bernstein
Matthew Bernstein

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chris Woodward, AGC
NM Dept. of Health
Harold Runnels Bldg
1190 S. St Frances Dr
Santa Fe, NM 87505

9590 9403 0470 5173 1112 27

2. Article Number (Transfer from service label)

7011 3500 0000 5509 9432

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
9/26/16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*
Pegasus Legal Services for Children
3201 Fourth St NW
Albuquerque, NM 87107

X-15-04650    NS/MB

RECEIVED

USPS TRACKING#

9590 9403 0470 5173 1112 27