## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**SANDRA FORTIER and PAUL OLSON,**
**on behalf of O.O., a minor child,**

**Plaintiffs,**

v.

**No. 1:16-CV-00482**

**THE NEW MEXICO HUMAN SERVICES**
**DEPARTMENT and THE NEW MEXICO**
**DEPARTMENT OF HEALTH; BRENT**
**EARNEST, Secretary, New Mexico Human**
**Services Department, in his official capacity;**
**LYNN GALLAGHER, Acting Cabinet Secretary;**
**New Mexico Department of Health, in her official**
**capacity; CATHY STEVENSON, Director,**
**Developmental Disabilities Supports Division of**
**the New Mexico Department of Health; in her**
**official capacity; NANCY SMITH-LESLIE,**
**Director, Medical Assistance Division of the New**
**Mexico Human Services Department, in her**
**official capacity,**

**Defendants.**

## MOTION TO DISMISS

Defendants, the New Mexico Human Services Department and the New Mexico Department of Health and Brent Earnest, Lynn Gallagher, Cathy Stevenson and Nancy Smith-Leslie in their official capacities ("Defendants"), by and through their attorneys of record, Miller Stratvert P.A., in lieu of filing an answer, move to dismiss Plaintiffs' First Amended Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim for which relief can be granted.

In support of this motion, Defendants file their Memorandum Brief herewith.

Pursuant to D.N.M.LR-Civ. 7.1(a), undersigned counsel for Defendants made a good-faith request for concurrence by Plaintiffs. On June 9, 2016, undersigned counsel for Defendants e-mailed a complete draft of this Motion and its supporting Memorandum to counsel of record for Plaintiffs. Plaintiffs oppose this Motion.

Respectfully submitted,

MILLER STRATVERT P.A.

By _/s/ Jennifer D. Hall_
    JENNIFER D. HALL
    STEPHEN B. WALLER
    HOLLY AGAJANIAN
    **Attorneys for Defendants**
    P.O. Box 25687
    Albuquerque, New Mexico   87125
    (505) 842-1950
    (505) 243-4408 Fax
    jhall@mstlaw.com
    hagajanian@mstlaw.com
    swaller@mstlaw.com

I hereby certify that on the 10th day of June, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| **Attorneys for Plaintiffs:** | **Attorneys for Plaintiffs:** |
|---|---|
| Matthew D. Bernstein | Katherine Wray |
| Tara Ford | J. Kate Girard |
| Pegasus Legal Services for Children | Wray & Girard, P.C. |
| 3201 Fourth Street NW | 102 Granite Avenue NW |
| Albuquerque, New Mexico   87107 | Albuquerque, New Mexico   87102 |
| (505) 244-1101 | (505) 842-8492 |
| (505) 244-0060 Fax | (505) 243-2750 Fax |
| mbernstein@pegasuslaw.org | kwray@wraygirard.com |
| tford@pegasuslaw.org | jkgirard@wraygirard.com |

      _/s/ Jennifer D. Hall_
      Jennifer D. Hall