IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDRA FORTIER and PAUL OLSON,
on behalf of O.O., a minor child,

       Plaintiffs,

v.                                                        CV 16-482 SCY/WPL

NEW MEXICO DEAPRTMENT OF HEALTH,
BRENT EARNEST, Secretary, New Mexico
Human Services Department, in his official capacity,
LYNN GALLAGHER, Acting Cabinet Secretary,
New Mexico Department of Health, in her official
capacity, CATHY STEVENSON, Director,
Developmental Disabilities Supports Division of the
New Mexico Department of Health, in her official
capacity, NANCY SMITH-LESLIE, Director,
Medical Assistance Division of the New Mexico
Human Services Department, in her official capacity,

       Defendants.

## ORDER

Per agreement of the parties, all discovery in this case is stayed pending resolution of Plaintiffs' Motion for Reconsideration (Doc. 22). This includes the deadline for making initial disclosures. This stay does not impact briefing of the motion for reconsideration or a possible second motion to dismiss.

    IT IS SO ORDERED.

                                                         _____
                                                         William P. Lynch
                                                         United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.