IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDRA FORTIER and PAUL OLSON,
on behalf of O.O., a minor child,

      Plaintiffs,

v.                                                No. 1:16-cv-00482-SCY-JHR

THE NEW MEXICO HUMAN SERVICES
DEPARTMENT and THE NEW MEXICO
DEPARTMENT OF HEALTH; BRENT
EARNEST, Secretary, New Mexico Human
Services Department, in his official capacity;
LYNN GALLAGHER, Acting Cabinet Secretary;
New Mexico Department of Health, in her official
capacity; CATHY STEVENSON, Director,
Developmental Disabilities Supports Division of
the New Mexico Department of Health; in her
official capacity; NANCY SMITH-LESLIE,
Director, Medical Assistance Division of the New
Mexico Human Services Department, in her
official capacity,

      Defendants.

## ORDER GRANTING JOINT MOTION TO STAY THE SCHEDULING ORDER

On March 27, 2018, the parties' oral Joint Motion to Stay The Scheduling Order came before this Court. The Court, having reviewed the Joint Motion, finds that it is well-taken and that the Joint Motion should be granted.

THE COURT FINDS:

1. On February 12, 2018, the Court issued an order granting the Joint Motion to Vacate Scheduling Order to allow the parties to work on preparation for the settlement conference. [Doc. 61]

2. On March 27, 2018, the parties participated in a settlement conference with the Court. [Doc. 68]

3. On March 27, 2018, the parties jointly requested that the Court stay all discovery and motion practice in this case in order to allow the parties to engage in agreed upon settlement related activities.

IT IS THEREFORE ORDERED THAT:

1. All discovery and motion practice in this case is stayed in order to allow the parties to engage in agreed upon settlement related activities.

2. Should the parties fail to reach a resolution by May 22, 2018, the parties agree to submit a joint status report to the Court.

IT IS SO ORDERED.

_____
HONORABLE JERRY H. RITTER
United States Magistrate Judge

APPROVED:

**Attorneys for Plaintiff:**
STANFORD LAW SCHOOL
MILLS LEGAL CLINIC
YOUTH AND EDUCATION LAW PROJECT

By /s/ *Tara Ford 3/28/18*
  TARA C. FORD
  559 Nathan Abbott Way
  Stanford, California   94305-8610
  (650) 725-8581
  (650) 723-4426
  taraford@law.stanford.edu

MATTHEW D. BERNSTEIN
Pegasus Legal Services for Children
3201 Fourth Street NW
Albuquerque, New Mexico   87107
(505) 244-1101
(505) 244-0060 Fax
mbernstein@pegasuslaw.org

KATHERINE WRAY
J. KATE GIRARD
Wray & Girard, P.C.
102 Granite Avenue NW
Albuquerque, New Mexico   87102
(505) 842-8492
(505) 243-2750 Fax
kwray@wraygirard.com
jkgirard@wraygirard.com

MILLER STRATVERT P.A

By */s/ Jennifer D. Hall* via email 3/28/18
  JENNIFER D. HALL
  VIRGINIA ANDERMAN
  HOLLY AGAJANIAN
  **Attorneys for Defendants**
  P.O. Box 25687
  Albuquerque, New Mexico   87125
  (505) 842-1950
  (505) 243-4408 Fax
  jhall@mstlaw.com
  vanderman@mstlaw.com
  hagajanian@mstlaw.com

3